# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Jack Merzin, et al.,

    Plaintiff(s),

v.

    Case No. 1:03cv165
    (Consolidated Civil Action)

    (Judge Michael H. Watson)

Provident Financial Group, Inc., et al.,

    Defendant(s).

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed July 20, 2005 (Doc. 60).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. The Court finds that the Settlement Agreement, the Plan of Allocation, and the Plaintiffs' Motion for Attorneys' Fees and Cost is hereby approved. Plaintiffs' joint motion for attorneys' fees and costs (Doc. 55) is **GRANTED**. Plaintiffs' Lead Counsel shall be paid attorneys' fees in the amount of $320,000.00 and costs in the amount of $200,504.29 in accordance with the terms of the Stipulation. This action is hereby dismissed.

*[signature: Michael H. Watson]*

Michael H. Watson
United States District Judge

bac    August 18, 2005